1  PICCIONELLI & SARNO
   Greg Piccionelli (State Bar No. 163948)
2  1925 Century Park East, Suite 2350
   Los Angeles, CA 90067
3  Tel. (310) 553-3375 / Fax (310) 553-4120

4  BROWNE WOODS & GEORGE LLP
   Robert B. Broadbelt (State Bar No. 117142)
5  Gene Williams (State Bar No. 211390)
   450 North Roxbury Drive, Seventh Floor
6  Beverly Hills, California 90210-4231
   Tel. (310) 274-7100 / Fax (310) 275-5697

7
   Attorneys for Defendant
8  World Wide Red Light District, Inc.

9

10

11                    UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14

15  MERCENARY PICTURES, INC., and      )  Case No. CV05-6201 GAF (RCx)
    CLIFTON T. BRITT, JR.,             )
16                                     )  **STIPULATION REGARDING**
                Plaintiffs,            )  **MODIFICATION OF**
17                                     )  **PLAINTIFFS' FIRST AMENDED**
           vs.                         )  **COMPLAINT; [PROPOSED]**
18                                     )  **ORDER**
    WORLD WIDE RED LIGHT DISTRICT,     )
19  INC., DION GIARRUSSO, AND DOES     )
    1 THROUGH 100,                     )
20                                     )  Action Commenced:      08/24/05
                Defendants.            )
21  _____ )

22        Plaintiff Mercenary Pictures, Inc. And Clifton T. Britt, Jr., ("Plaintiffs"), on the

23  one hand, and defendants World Wide Red Light District, Inc. ("World Wide") and

24  Dion Giarrusso ("Giarrusso") (collectively "Defendants"), on the other hand, enter

25  into this Stipulation with reference to the following facts:

26        WHEREAS, Plaintiff filed the First Amended Complaint in this action against,

27  *inter alia*, the Defendants on or about March 7, 2006; and

28

FILED
CLERK, U.S. DISTRICT COURT

APR - 5 2006

CENTRAL DISTRICT [...]

DOCKETED ON CM

APR - 7 2006

BY _____ 022

1      WHEREAS, Defendants informed Plaintiffs soon after receiving the First
2  Amended Complaint that they intended to move to dismiss a number of the claims
3  contained in the Complaint; and
4      WHEREAS, the Plaintiffs and Defendants conducted a telephonic "meet and
5  confer" to discuss Defendants intended Motion to Dismiss on March 30, 2006; and
6      WHEREAS, as a result of the "meet and confer" process the parties were able to
7  reach agreement avoiding the necessity of a Motion to Dismiss.
8      NOW, THEREFORE, the parties agree and stipulate to the following:
9      (1)   Plaintiffs agree to dismiss, without prejudice, their sixth cause of action
10            for Misappropriation of Common Law Right of Publicity;
11     (2)   Plaintiffs agree to dismiss, without prejudice, their seventh cause of
12            action for Interference with Economic Advantage;
13     (3)   Plaintiffs agree to strike, without prejudice, the following language from
14            their ninth cause of action for Intentional Misrepresentation, contained in
15            paragraph 79 of their First Amended Complaint:
16            "(a) From February 2003 to present Giarrusso made false promises to
17            Plaintiffs that Defendants would do the utmost to perform services to
18            them to maximize revenue in the adult movie distribution business; (b)".
19     (4)   Plaintiffs agree to strike, without prejudice, the following language from
20            their tenth cause of action for Negligent Misrepresentation, contained in
21            paragraph 86 of their First Amended Complaint:
22            "(a) making false promises to Plaintiffs that they would do the utmost to
23            perform services to them to maximize revenue in the adult move
24            distribution business; (b)".
25     (5)   Plaintiffs agree to extend the deadline for Defendants to answer the First
26            Amended Complaint until April 14, 2006.
27
28

-2-

STIPULATION REGARDING MODIFICATION OF PLAINTIFFS' FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

1

Dated: April 4, 2006

2

3

4

5

6

7

8

Dated:    April ___, 2006

9

10

11

12

13

14

15

16

Dated: April ___, 2006

17

18

19

20

21

22

23

24

25

26

27

28

PICCIONELLI & SARNO
   Greg Piccionelli

BROWNE WOODS & GEORGE LLP
   Robert B. Broadbelt
   Gene Williams

By _____
       Gene Williams

Attorneys for Defendant
World Wide Red Light District, Inc.

WASSERMAN, CAMDEN,
CASSELMAN & PEARSON, LLP
   Steve K. Wasserman
   Cecil A. Lynn III

By _____
       Steve K. Wasserman

Lawrence M. Isenberg
KESTER & ISENBERG

By _____
       Lawrence M. Isenberg

147898 1

-3-

**STIPULATION REGARDING MODIFICATION OF PLAINTIFFS' FIRST AMENDED COMPLAINT;**
**[PROPOSED] ORDER**

1  Dated: April ___, 2006

2

3

4

5

6

7

8  Dated: April _3_, 2006

9

10

11

12

13

14

15

16  Dated: April ___, 2006

17

18

19

20

21

22

23

24

25

26

27

28

PICCIONELLI & SARNO
   Greg Piccionelli

BROWNE WOODS & GEORGE LLP
   Robert B. Broadbelt
   Gene Williams

By _____
      Gene Williams

Attorneys for Defendant
World Wide Red Light District, Inc.

WASSERMAN, CAMDEN,
CASSELMAN & PEARSON, LLP
   Steve K. Wasserman
   Cecil A. Lynn III

By _____
      Steve K. Wasserman
      Alan I. Cyrlin

Lawrence M. Isenberg
KESTER & ISENBERG

By _____
      Lawrence M. Isenberg

-3-

STIPULATION REGARDING MODIFICATION OF PLAINTIFFS' FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

1   Dated:   April ___, 2006                 PICCIONELLI & SARNO
2                                               Greg Piccionelli

3                                            BROWNE WOODS & GEORGE LLP
4                                               Robert B. Broadbelt
                                                Gene Williams
5

6                                            By _____
7                                                   Gene Williams

8   Dated:   April ___, 2006               Attorneys for Defendant
                                            World Wide Red Light District, Inc.
9

10                                           WASSERMAN, CAMDEN,
11                                           CASSELMAN & PEARSON, LLP
                                                Steve K. Wasserman
12                                              Cecil A. Lynn III

13

14                                           By _____
                                                   Steve K. Wasserman
15

16  Dated:   April 3 , 2006                 Lawrence M. Isenberg
                                            KESTER & ISENBERG
17

18

19                                           By _____
                                                   Lawrence M. Isenberg
20

21

22

23

24

25

26

27

28

-3-

STIPULATION REGARDING MODIFICATION OF PLAINTIFFS' FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

1  IT IS HEREBY ORDERED THAT:

2     (1)   Plaintiffs' Sixth Cause of Action for Misappropriation of Common Law
3           Right of Publicity is dismissed, without prejudice;

4     (2)   Plaintiffs' Seventh Cause of Action for Interference With Economic
5           Advantage is dismissed, without prejudice;

6     (3)   The following language from Plaintiffs' Ninth Cause of Action for
7           Intentional Misrepresentation is striken, without prejudice:
8           "(a) From February 2003 to present Giarrusso made false promises to
9           Plaintiffs that Defendants would do the utmost to perform services to
10          them to maximize revenue in the adult movie distribution business; (b)".

11    (4)   The following language from Plaintiffs' Tenth Cause of Action for
12          Negligent Misrepresentation is striken, without prejudice:
13          "(a) making false promises to Plaintiffs that they would do the utmost to
14          perform services to them to maximize revenue in the adult move
15          distribution business; (b)".

16    (5)   Defendants' deadline for answering Plaintiffs' First Amended Complaint
17          is extended until April 14, 2006.

18

19  SO ORDERED.

20

21  Dated: _____4/5_____, 2006

22                                         HONORABLE GARY A. FREES
                                           UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3     I am employed in the County of Los Angeles, State of California. I am over the
age of 18 and not a party to the within action; my business address is 450 North
4 Roxbury Drive, 7th Floor, Beverly Hills, California 90210.

5     On April 4, 2006, I served the foregoing document described as:
**STIPULATION REGARDING MODIFICATION OF PLAINTIFFS' FIRST**
6 **AMENDED COMPLAINT; [PROPOSED] ORDER** on the parties in this action by
serving:

7

See Attached List

8

**(X) By Envelope** - by placing ( ) the original **(X)** a true copy thereof enclosed in
9 sealed envelopes addressed as above and delivering such envelopes:

10 **(X) By Mail:** As follows: I am "readily familiar" with this firm's practice of
collection and processing correspondence for mailing. Under that practice it would be
11 deposited with the U.S. postal service on that same day with postage thereon fully
prepaid at Beverly Hills, California in the ordinary course of business. I am aware
12 that on motion of the party served, service is presumed invalid if postal cancellation
date or postage meter date is more than one day after date of deposit for mailing in
13 affidavit.

14 **( ) By Personal Service:** I delivered such envelope by hand to the offices of the
addressee(s).

15

**( ) By Federal Express:** I caused the envelope(s) to be delivered to the Federal
16 Express office at 9680 Santa Monica Boulevard, Beverly Hills, California 90210, on
_____, for delivery on the next-business-day basis to the offices of the
17 addressee(s).

18 **( ) By Facsimile Transmission:** On _____ at _____.m., I caused the
above-named document to be transmitted by facsimile transmission, from fax number
19 310-275-5697, to the offices of the addressee(s) at the facsimile number(s) so
indicated above. The transmission was reported as complete and without error. A
20 copy of the transmission report properly issued by the transmitting facsimile machine
is attached hereto.

21

    Executed on April 4, 2006, at Beverly Hills, California.

22

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of
23 this court at whose direction the service was made.

24

25
                                         _____
26                                              G. Diane Torosyan

27

28

147898 1     STIPULATION REGARDING MODIFICATION OF PLAINTIFFS' FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

# SERVICE LIST

Lawrence Isenberg                                    If by fax:  (818) 728-3311
KESTER & ISENBERG
16133 Ventura Boulevard, Suite 260
Encino, California 91436


Steve K. Wasserman, Esq.                    If by fax:   (818) 345-0162
Cecil A. Lynn III, Esq.
WASSERMAN, CAMDEN, CASSELMAN & PEARSON, LLP
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA   91357-7033
Attorneys for Defendant

147898 1

**STIPULATION REGARDING MODIFICATION OF PLAINTIFFS' FIRST AMENDED COMPLAINT;**
**[PROPOSED] ORDER**