STEVE K. WASSERMAN (Bar No. 58573)
ROBERT L. ESENSTEN (Bar No. 65728)
KATHRYN S. MARSHALL, ESQ. (Bar No. 175081)
WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile: (818) 345-0162

Attorneys for MERCENARY PICTURES, INC., a California corporation and CLIFTON T. BRITT, JR., an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

MERCENARY PICTURES, INC., a California corporation, and CLIFTON T. BRITT, JR., an individual,

Plaintiffs,

vs.

WORLD WIDE RED LIGHT DISTRICT, INC., a California corporation, and DION GIARRUSSO, an individual,

Defendants.

CASE NO. 2:05-CV-06201-GAF(RCx)

STIPULATION RE PROPOSED SETTLEMENT AND [PROPOSED] ORDER

Whereas, the parties MERCENARY PICTURES, INC., CLIFTON T. BRITT, JR., WORLD WIDE RED LIGHT DISTRICT, INC., and DION GIARRUSSO (hereinafter collectively as "Parties") have agreed to and executed a settlement of the above-referenced matter;

Whereas the Parties have performed and satisfied their respective obligations pursuant to the above-referenced settlement agreement;

1  Whereas the Parties desire to have the above-referenced case dismissed and
2  all calendar dates vacated.
3
4  IN CONSIDERATION OF THE ABOVE RECITALS, the parties stipulate as
5  follows:
6
7  (1)  The above-referenced matter shall be dismissed, with prejudice.
8
9  DATED: August 16, 2007  WASSERMAN, COMDEN & CASSELMAN, L.L.P.
                           STEVE K. WASSERMAN
10                         ROBERT L. ESENSTEN
                           KATHRYN S. MARSHALL
11
12  By: _Aaron Kallity for Robert L. Esensten_
                           ROBERT L. ESENSTEN
13                         Attorneys for MERCENARY PICTURES, INC. and
                           CLIFTON T. BRITT, JR., an individual
14
15  DATED: August 16, 2007  KESTER & ISENBERG
                            LAWRENCE M. ISENBERG
16
17  By: _____
                            LAWRENCE M. ISENBERG
18                          Attorneys for WORLD WIDE RED LIGHT DISTRICT,
                            INC., a California corporation, and DION
19                          GIARRUSSO, an individual
20
21
22
23
24
25
26
27
28

823144.1                          2                        CV05-6201 GAF (RCx)
        STIPULATION RE PROPOSED SETTLEMENT AND PROPOSED ORDER

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033

## (PROPOSED) O R D E R

The above-entitled matter is hereby dismissed with prejudice. All calendar dates are hereby vacated.

Dated: AUG 2 2 2007, 2007

*/s/ Gary Feess*

The Honorable Gary A. Feess, Judge of the United States District Court, Central District

---

823198.1

3

CV05-6201 GAF (RCx)

**STIPULATION RE PROPOSED SETTLEMENT AND PROPOSED ORDER**

# PROOF OF SERVICE

## MERCENARY PICTURES, INC. V. RED LIGHT DISTRICT

Case No. CV05-6201 GAF (RCx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of LOS ANGELES, STATE OF CALIFORNIA. My business address is 5567 Reseda Boulevard, Suite 330, Tarzana, California 91356. I am over the age of eighteen years and am not a party to the within action;

    On August 20, 2007, I served the following document(s) entitled **STIPULATION RE PROPOSED SETTLEMENT AND PROPOSED ORDER** on ALL INTERESTED PARTIES in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Lawrence M. Isenberg, Esq.<br>KESTER & ISENBERG<br>Encino Financial Center<br>16133 Ventura Boulevard, Suite 260<br>Encino, CA 91436<br>Telephone: (818) 728-3300<br>Facsimile: (818) 728-3311 | Attorney for Dion Giarusso, World Wide Red Light District, Inc. |

**BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in Tarzana, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on August 20, 2007, at Tarzana, California.

Laria Mellas

WASSERMAN, COMDEN & CASSELMAN, L.L.P.
5567 RESEDA BOULEVARD, SUITE 330
POST OFFICE BOX 7033
TARZANA, CALIFORNIA 91357-7033